

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>EVELIO CATALAN CRUZ,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>15-MJ-02233<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>November 17, 2015</u>, _____, at <u>3:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Jean P. Rosenbluth</u>, in Courtroom <u>827-A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 11/13/15

_____
U.S. District Judge/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                      Page 1 of 1